```
1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA CALVERT
3   Acting Regional Chief Counsel, Region IX
    Social Security Administration
4   SUSAN L. SMITH
5   Special Assistant United States Attorney
6        160 Spear Street, Suite 800
         San Francisco, California 94105
7        Telephone: (415) 977-8973
8        Facsimile: (415) 744-0134
         Email: Susan.L.Smith@ssa.gov
9
10  Attorneys for Defendant
11
12                  UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA
                         FRESNO DIVISION
14
15
16  ROSE ANN SANCHEZ           )  Case No.: 1:13-CV-00546-SMS
                               )
17       Plaintiff,            )  **STIPULATION AND ORDER**
                               )  **THEREON**
18            v.               )
                               )
19  CAROLYN W. COLVIN,         )
20  Acting Commissioner of Social )
    Security,                  )
21                             )
22       Defendant.            )
23
24       The parties hereby stipulate by counsel, with the Court's approval as
25  indicated by issuance of the attached Order, that Defendant shall have a 45-day
26  extension of time to further consider the issues raised in Plaintiff's Confidential
27  Letter Brief.  Defendant provided a preliminary response on October 30, 2013.
28  This extension is being sought so the parties can further consider the possibility of
```

settlement.  After this extension, Plaintiff's Opening Brief will be due on January 13, 2014.  The parties further stipulate that all other dates in the Court's Scheduling Order shall be modified accordingly.

    This is the Commissioner's first extension request and is requested in good faith.

Respectfully submitted,

Dated: October 31, 2013    By: /s/ *Kelsey Mackenzie Brown*
(As authorized by email on 10/31/2013)
KELSEY MACKENZIE BROWN
Dellert Baird Law Offices, PLLC
Attorney for Plaintiff

Dated: October 31, 2013    BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Susan L. Smith*
SUSAN L. SMITH
Special Assistant U. S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  _10/31/2013_    /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE