BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROSE ANN SANCHEZ | Case No.: 1:13-CV-00546-SMS |
| Plaintiff, | **STIPULATION AND ORDER THEREON** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a 45-day extension of time to further consider the issues raised in Plaintiff's Confidential Letter Brief.  Defendant provided a preliminary response on October 30, 2013. This extension is being sought so the parties can further consider the possibility of

1  settlement.  After this extension, Plaintiff's Opening Brief will be due on
2  January 13, 2014.  The parties further stipulate that all other dates in the Court's
3  Scheduling Order shall be modified accordingly.
4       This is the Commissioner's first extension request and is requested in good
5  faith.

Respectfully submitted,

Dated: October 31, 2013   By: /s/ *Kelsey Mackenzie Brown*
(As authorized by email on 10/31/2013)
KELSEY MACKENZIE BROWN
Dellert Baird Law Offices, PLLC
Attorney for Plaintiff

Dated: October 31, 2013   BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Susan L. Smith*
SUSAN L.SMITH
Special Assistant U. S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  10/31/2013          /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE