1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  SUSAN L. SMITH, CSBN 253808
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone:  (415) 977-8973
7          Facsimile:  (415) 744-0134
           E-Mail: Susan.L.Smith@ssa.gov
8
   Attorneys for Defendant
9
                       UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11
                              **FRESNO DIVISION**
12

13                                          )
   ROSE ANN SANCHEZ,                        )  CIVIL NO. 1:13-CV-00546-SMS
14                                          )
              Plaintiff,                    )
15                                          )  **STIPULATION AND ORDER FOR**
   v.                                       )  **REMAND PURSUANT TO SENTENCE**
16                                          )  **FOUR OF 42 U.S.C. § 405(g), AND**
   CAROLYN W. COLVIN,                       )  **REQUEST FOR ENTRY OF JUDGMENT**
17                                          )  **IN FAVOR OF PLAINTIFF AND AGAINST**
   Acting Commissioner of Social Security,  )  **DEFENDANT**
18                                          )
              Defendant.                    )
19                                          )
                                            )
20 _____)

21       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

22 record, that that this action be remanded to the Commissioner of Social Security for further

23 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

24 § 405(g), sentence four.

25       On remand, the Appeals Council will instruct the Administrative Law Judge to: (1) update the

26 medical record and weigh the medical opinions of record, articulating the reasons for the weight

27 assigned (20 CFR 404.1527); (2) evaluate the severity of the claimant's alleged medically determinable

28

impairments, including fibromyalgia; (3) reassess the claimant's residual functional capacity (20 CFR 404.1508-1509 and 404.1545; SSR 12-2p); and, (4) obtain vocational expert evidence at steps four and five of the sequential evaluation process (20 CFR 404.1560 and 404.1566; SSR 00-4p).

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

    Respectfully submitted,

Dated:  January 13, 2014        */s/ Kelsey Mackenzie Brown\**
        KELSEY MACKENZIE BROWN
        Attorney for Plaintiff
        (*as authorized by e-mail on 1/13/14)

Date:  January 13, 2014        BENJAMIN B. WAGNER
        United States Attorney
        DONNA L. CALVERT
        Acting Regional Chief Counsel

        By */s/ Susan L. Smith*
        SUSAN L. SMITH
        Special Assistant U. S. Attorney
        Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED:  1/13/2014        /s/ SANDRA M. SNYDER
        HONORABLE SANDRA M. SNYDER
        UNITED STATE MAGISTRATE JUDGE