KELSEY MACKENZIE BROWN, CA #263109
Dellert Baird Law Office, PLLC
9481 Bayshore Drive, NW # 203
Silverdale, WA 98383

Phone:  (360) 329-6968
Fax:  (360) 329-6968
Email: Kelsey@mackenzielegal.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROSE ANN SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:13-CV-546-SMS<br><br><br><br>STIPULATED MOTION AND ORDER<br>FOR ATTORNEYS FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $2,975.00, and expenses in the amount of $20.91, for a total of $2,995.91, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Page 1    PLAINTIFF'S MOTION FOR ATTORNEY FEES,
         EXPENSES - [1:13-CV-546-SMS]

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA  98383
Telephone: (360) 329-6968

The parties agree that whether this check is made payable to Plaintiff, or to Dellert Baird Law Offices, PLLC, it shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA, 98383.

Dated this 11th day of February, 2014:    s/ KELSEY MACKENZIE BROWN
    Kelsey Mackenzie Brown, CA #263109
    Dellert Baird Law Offices, PLLC
    9481 Bayshore Dr. NW, #203
    Silverdale, WA  98383
    Telephone: (360) 329-6968
    FAX: (360) 329-6968
    Dellert.Law.Office@gmail.com

    Of Attorneys for Plaintiff

Dated this 11th day of February, 2014:    s/ KELSEY MACKENZIE BROWN FOR
    SUSAN L. SMITH
    Social Security Administration
    Office of the General Counsel
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545

    Of Attorneys for Defendant

APPROVED AND SO ORDERED.

Dated this 13th day of February, 2014    /s/ SANDRA M. SNYDER
    UNITED STATES MAGISTRATE JUDGE